**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED

MAY 1 5 2003

DORIAN WILLIAMS,

        Plaintiff,

v.

CITY OF CHICAGO, et al.,

        Defendants.

JUDGE RONALD GUZMAN

No.

03C 3227

MAGISTRATE JUDGE SCHENKIER

FILED-EDS
03 MAY 14 PH 3 06
CLERK
U.S. DISTRICT COURT

**NOTICE OF REMOVAL**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully removes the above-entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), on the following grounds:

1.    Plaintiff filed a civil action on or about May 2, 2003, in the Circuit Court of Cook County of the State of Illinois, Case Number 03 L 5256, entitled *DORIAN WILLIAMS v. CITY OF CHICAGO. See* complaint attached hereto as Exhibit A.

2.    As of the date of this filing, by information and belief, only defendant City of Chicago has been served with the complaint in this suit. Therefore, the remaining Defendants have not participated in this petition for removal.

3.    Plaintiff alleges that Defendants have violated her constitutional rights under the United States Constitution.

4.    It appears from the face of the complaint that this is a civil rights action which arises under the United States Constitution and involves a federal question. The complaint alleges, among other things, that Defendants violated the rights of Plaintiff as guaranteed by the Fourth Amendment to the United States Constitution. Defendants are therefore entitled to remove this action to this Court, pursuant to 28 U.S.C. §1441(b) and (c).

1-1

WHEREFORE, defendant City of Chicago respectfully requests that the above-entitled

action, which is now pending in the Circuit Court of Cook County in the State of Illinois, Case

Number 03 L 5256, be removed to the United States District Court, Northern District of Illinois.

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel for the City of Chicago

BY: _____

ARNOLD H. PARK
Assistant Corporation Counsel

30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-6922
Attorney No. 06237837

2

STATE OF ILLINOIS)
          ) SS.
COUNTY OF COOK )

DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

2003 MAY -2 PM 2: 57

FILED-5

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

DORIAN WILLIAMS, )
        Plaintiff, )
              )
   V. )
              )
CITY OF CHICAGO, a Municipal )
Corporation, )
        Defendant )

03L 005256
CALENDAR A
TORT-INTENTIONAL

## COMPLAINT AT LAW

Now comes the Plaintiff, Dorian Williams, by her attorney, Keith L. Young, and

complaining of the Defendant, City of Chicago, states as follows:

### COUNT 1 - BATTERY

1. That on May 29, 2002, the Plaintiff, Dorian Williams was present at a public

basketball court located at 56th and Emerald in the City of Chicago, County of Cook, and State of

Illinois.

2. That on May 29, 2002, officers from the Chicago Police Department detained and

searched the Plaintiff, Dorian Williams at the aforementioned basketball court.

3. That at all times relevant hereto, the Chicago Police officers were acting both

individually and as agents, servants, and employees of the Defendant, City of Chicago.

4. That at all times relevant hereto, the Chicago Police officers were acting under the

color of law.

5. That the Chicago Police officers intentionally touched the Plaintiff, Dorian Williams



EXHIBIT

A

about her body and pulled down her pants and underwear without her consent or permission.

6. That the police officers had no probable cause to believe that the plaintiff had committed a crime.

7. That the plaintiff was not arrested and no criminal charges were brought against her.

8. That the acts of the Chicago Police officers constitute battery.

## COUNT 2 - FALSE IMPRISONMENT

1. Plaintiff realleges paragraph 1 of Count 1.

2. Plaintiff realleges paragraph 2 of Count 1.

3. Plaintiff realleges paragraph 3 of Count 1.

4. Plaintiff realleges paragraph 4 of Count 1.

5. Plaintiff realleges paragraph 5 of Count 1.

6. Plaintiff realleges paragraph 6 of Count 1.

7. That at all times mentioned, the Chicago Police Officers intended to restrain the plaintiff.

8. That the acts of the Chicago Police officers constitute false imprisonment.

## COUNT 3 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

1. Plaintiff realleges paragraph 1 of Count 1.

2. Plaintiff realleges paragraph 2 of Count 1.

3. Plaintiff realleges paragraph 3 of Count 1.

4. Plaintiff realleges paragraph 4 of Count 1.

5. Plaintiff realleges paragraph 5 of Count 1.

6. Plaintiff realleges paragraph 6 of Count 1.

7. That the acts of the Chicago Police officers caused the plaintiff to suffer severe

emotional distress.

### COUNT 4 - VIOLATION OF CIVIL RIGHTS

1. Plaintiff realleges paragraph 1 of Count 1.

2. Plaintiff realleges paragraph 2 of Count 1.

3. Plaintiff realleges paragraph 3 of Count 1.

4. Plaintiff realleges paragraph 4 of Count 1.

5. Plaintiff realleges paragraph 5 of Count 1

6. Plaintiff realleges paragraph 6 of Count 1.

7. Plaintiff realleges paragraph 7 of Count 1.

8. Plaintiff had the right under 42 U.S.C. 1983 and the Constitution of the United States of America to free from unreasonable searches and seizures

9. That the acts of the Chicago Police officers violated the plaintiff's rights under 42 U.S.C. 1983 and the Constitution of the United States of America.

Wherefore, the plaintiff, Dorian Williams demands damages from the defendant, City of Chicago in an amount in excess of the minimum rules of the circuit court, plus costs and attorneys fees.

Keith L. Young

333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 807 - 4777

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DORIAN WILLIAMS,                          )
                       Plaintiff,        )      **JUDGE RONALD GUZMAN**
                                 )      **03C 3227**
v.                                        )
                                 )
CITY OF CHICAGO, et al.,                  )
                                 )
                Defendants.       )    **MAGISTRATE JUDGE SCHENKIER**

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   *Via U.S. Mail and facsimile to (312) 641-3004*

      Keith L. Young
      Law Offices of Keith L. Young
      333 West Wacker Drive
      Suite 500
      Chicago, Illinois 60606

**DOCKETED**
MAY 1 5 2003

     **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court a **NOTICE OF REMOVAL,** a copy of which is attached hereto and herewith served upon you.

     I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING and NOTICE OF REMOVAL** to be sent via mail to the person in the foregoing Notice at the address therein shown, on this _14_ day of May 2003.

                              Respectfully submitted,
                              MARA S. GEORGES
                              Corporation Counsel for the City of Chicago

               BY:                              
                            ARNOLD H. PARK
                            Assistant Corporation Counsel

30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-6922
Attorney No. 06237837

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Dorian Williams

**03C 3227**

**JUDGE RONALD GUZMAN**

### DEFENDANTS

City of Chicago, et al.

**MAGISTRATE JUDGE SCHENKIER**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Keith L. Young
333 W. Wacker Drive, Suite 500
Chicago, IL 60606
(312) 807-4777

ATTORNEYS (IF KNOWN)

Arnold H. Park, ACC     (312)744-6922/0094
J. Ernest Mincy, ACC
30 N. LaSalle St., Room 900
Chicago, IL 60602

**DOCKETED**
MAY 15 2003

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 382 Personal Injury ~ Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury ~ Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. 1983, Civil Rights

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES   ☐ NO

## VIII. This case

☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE
May 14, 2003

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

JUDGE RONALD GUZMAN

In the Matter of DORIAN WILLIAMS v. CITY OF CHICAGO

MAGISTRATE JUDGE SCHENKIER

03C 3227

Case Number:

Judge

Magistrate Judge

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

DEFENDANT CITY OF CHICAGO

DOCKETED

MAY 1 5 2003

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Arnold H. Park, Asst. Corp. Counsel | NAME J. Ernest Mincy, Asst. Corp. Counsel |
| FIRM City of Chicago Department of Law | FIRM City of Chicago Department of Law |
| STREET ADDRESS 30 North LaSalle Street, Room 900 | STREET ADDRESS 30 North LaSalle Street, Room 900 |
| CITY/STATE/ZIP Chicago, Illinois 60602 | CITY/STATE/ZIP Chicago, Illinois 60602 |
| TELEPHONE NUMBER (312) 744-6922 | TELEPHONE NUMBER (312) 742-0094 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06237837 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06231142 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES X NO ☐ |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES X NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X |

| (C) | (D) |
|---|---|
| SIGNATURE M. G. (AHP) | SIGNATURE |
| NAME Mara S. Georges | NAME |
| FIRM City of Chicago Department of Law | FIRM |
| STREET ADDRESS 121 North LaSalle Street, Room 600 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 744-0220 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06198631 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO X | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |